**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------X**
**JAMIE WEINBERG,**

                    **Plaintiff,**                    **CV:16-00248**

**v.**

**FORSTER & GARBUS LLP**
**and PALISADES COLLECTION, LLC**
                    **Defendants.**
**-----------------------------------------------------------X**

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jamie Weinberg, hereby voluntarily dismisses the above-entitled action against the defendants, Forster & Garbus LLP and Palisades Collection LLC with prejudice.


Dated:  5/25/16                                **/s/ Darren Aronow**
                                                  Darren Aronow, ESQ.
                                                  The Law Office of Darren Aronow, PC
                                                  Attorney for Plaintiff
                                                  8B Commercial Street, Suite 1
                                                  Hicksville, NY 11801
                                                  516-663-0970