UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMIE WEINBERG,

                    Plaintiff,                    CV:16-00248

v.

FORSTER & GARBUS LLP
and PALISADES COLLECTION, LLC
                    Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2016 ★

LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Jamie Weinberg, hereby voluntarily dismisses the above-entitled action against the defendants, Forster & Garbus LLP and Palisades Collection LLC with prejudice.

Dated: 5/25/16

/s/ Darren Aronow
Darren Aronow, ESQ.
The Law Office of Darren Aronow, PC
Attorney for Plaintiff
8B Commercial Street, Suite 1
Hicksville, NY 11801
516-663-0970

So Ordered. The Clerk of the Court is directed to close this case.

s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

5/27/16
Date